ACCEPTED
01-15-00451-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 6:08:22 PM
CHRISTOPHER PRINE
CLERK

**N0. 01-15-00451-CV**

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 6:08:22 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE INTEREST OF
M.S., CHILD**

**D.L.B., APPELLANT**

**VS.**

**DEPARTMENT OF FAMILY & PROTECTIVE
SERVICES, APPELLEE**

ON APPEAL FROM
THE 314TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2014-02671J

**NOTICE OF APPEARANCE OF APPELLATE COUNSEL AND
APPELLANT'S UNOPPOSED MOTION FOR FIRST
EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW DONALD M. CRANE ("appellate counsel"),

appointed attorney ad litem on appeal for Appellant, D.L.B.,

respondent mother, and hereby files this notice of appearance of appellate counsel and unopposed motion for first extension of time to file appellant's brief, and in support thereof would respectfully show as follows:

## I.

Appellant's parental rights were terminated by a Decree for Termination signed by the Honorable John Phillips, Presiding Judge, 314th District Court of Harris County, Texas, and entered April 27, 2015, styled: Cause No. 2014-02671J; *In the Interest of M.S., Child;* In the District Court of Harris County, 314th Judicial District.

## II.

Appellant is presumed indigent and may proceed without advance payment of costs as provided by **Tex. R. App. P. 20.1(a)(3).**

**III.**

This is an accelerated appeal. Appellant's brief is due July 1, 2015.

The undersigned is requesting an extension of time up to and including July 21, 2015, to prepare and file appellant's brief citing the undersigned's desire for additional time to review the record (and any supplementation) in this appeal.

Further, appellate counsel would show that good cause exists to grant the requested extension of time as he also is preparing the appellant's brief in Cause No. 01-15-00469-CV; styled: *In the Interest of T.J.C. and J.A.Y., Children,* said being due July 9, 2015, absent request for extension.

Additionally, appellate counsel will be making several appearances in the district and probate courts of Harris County, Texas over the next several weeks.

Finally, this motion to extend time is filed in conformity with **Tex. R. App. P. 10.5.**

WHEREFORE, PREMISES CONSIDERED, D.L.B., Appellant, prays that the Court take notice that Donald M. Crane has been appointed her appellate counsel and, further, grant her unopposed motion for first extension of time to file appellant's brief up to and including July 21, 2015, as set forth above. Appellant prays for general relief.

Respectfully submitted,

**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON
APPEAL FOR
APPELLANT  D.L.B.

## CERTIFICATE OF CONFERENCE

This motion is unopposed.

**/s/ Donald M. Crane**
Donald M. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2015, a true and correct copy of the foregoing Notice of Appearance of Appellate Counsel and Unopposed Motion for First Extension of Time to File Appellant's Brief was served in accordance with the TRAP.

1.    Dan-Phi V. Nguyen
      Assistant County Attorney
      1019 Congress Avenue, 15th Floor
      Houston, Texas  77002-1700
      (713) 437-4700 fax

2.    Michael Francis Craig
      1533 West Alabama Street, Suite 100
      Houston, Texas 77006
      (713) 526-3787 fax

3.    John R. Millard
      1 Sugar Creek Center Boulevard, Suite 925
      Sugar Land, Texas 77478
      (888) 501-6580 fax

4.    JB Lee Bobbitt
      405 Main Street, Suite 620
      Houston, Texas 77002
      (281) 476-7816 fax

5.    Julia Rangel, CSR
      Texas CSR 6412
      Official Court Reporter
      314th District Court
      1200 Congress, 5th Floor
      Houston, Texas 77002
      (000) 000-0000 fax

**/s/ Donald M. Crane**
Donald M. Crane